<u>Exhibit A</u>

## DEED OF TRUST
# NOTE

$16,488.41                                                          Richmond, Virginia

October 1, 2007

**FOR VALUE RECEIVED, the undersigned ("Borrower") promises to pay MAY-LILY LEE, or order, the principal sum of SIXTEEN THOUSAND FOUR HUNDRED EIGHTY-EIGHT and 41/100 DOLLARS ($16,488.41), with interest on the unpaid balance from the date of this Note, until paid, at the rate of SIX PERCENT (6.0%) PER ANNUM.  All payments due hereunder shall be payable at 1721 OAKDALE AVENUE, RICHMOND, VA  23227, or such other place as the Noteholder may designate, in consecutive monthly payments of principal and interest of THREE HUNDRED AND 00/100 DOLLARS ($300.00), due on the 28th day of each month, beginning on October 28, 2007.  If not sooner paid, the principal balance and all accrued interest and costs shall be due and payable on February 28, 2013.**

**Borrower shall pay to the Noteholder a late charge of FIVE**

1

**PERCENT (5.0%) of any installment not received by the Noteholder within TEN (10) days after the installment is due (the "Grace Period"). If any installment under this Note is not received by the Noteholder by the end of the Grace Period, the Noteholder, at his option, shall have the right to accelerate the entire principal amount outstanding and accrued interest, after having given the Maker written notice to the Maker's address and in the manner set forth in the last paragraph of this note, stating that (a) the Noteholder has not received the payment called for herein by the end of the Grace Period, and (b) that the maker shall have fifteen (15) days after the date of postmark of the notice or the date of actual receipt whichever occurs first to cure such said default.  If Noteholder does not receive the late payment and late charge by the end of the fifteen (15) day period, all amounts due under the note shall at once become due and payable at the option of the Noteholder without further notice.  The Noteholder may exercise this option to accelerate during any default by Borrower regardless of any prior forbearance.  If suit is brought to collect this Note, the Noteholder shall be entitled to collect all reasonable costs and expenses of suit, including, but not**

**limited to, reasonable attorney's fees.**

**Payments received hereunder shall be first applied to accrued interest, then to any outstanding late charges, costs and attorney fees, and then to principal.**

**Borrower may prepay the principal amount outstanding in whole or in part without penalty. Any partial prepayment shall be applied against the principal amount outstanding and shall not postpone the due date for final payment.**

**Presentment, notice of dishonor, protest and the benefit of the homestead exemption are hereby waived by all makers, sureties, guarantors and endorsers hereof. This Note shall be the joint and several obligation of all makers, sureties, guarantors and endorsers and shall be binding upon them and their successors and assigns.**

**Any notice to Borrower provided for in this Note shall be given by mailing such notice by regular first class mail, postage prepaid addressed to Borrower at 5231 Weatherford Road, Richmond, VA 23224, or to such other address as Borrower may designate by written notice to the Noteholder. Any notice to the Noteholder shall be given by mailing such**

**notice by regular first class mail, postage prepaid and addressed to the Noteholder at the address stated in the first paragraph of this Note, or at such other address as Noteholder may designate by written notice to Borrower.**

**In the event that any maker or guarantor of this note files for protection under Chapter 13 of the U.S. Bankruptcy Code, the holder of this note shall be entitled to interest at the note rate of interest on all pre-petition arrearage.**

**WITNESS the following signatures and seals:**

_____
**Earline Turner Green**

**FOR IDENTIFICATION ONLY**
The indebtedness evidenced by this Note is secured by a deed of trust of even date herewith, conveying certain real estate located in the City of Richmond, Virginia to Mark A. Fleckenstein and Keith L. Phillips, Trustees.

_____
**Trustee**